UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL V. RUSHING,<br><br>    Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | Civil No. 16-cv-626-JPG<br><br>Criminal No. 10-cr-40009-JPG-001 |

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Michael V. Rushing's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is denied, that judgment is entered in favor of respondent United States of America and against petitioner Michael V. Rushing, and that this case is dismissed with prejudice.

**DATED: August16, 2016**           JUSTINE FLANAGAN, Acting Clerk of Court

                                                *s/Tina Gray*, **Deputy Clerk**


**Approved:**    s/ J. Phil Gilbert
           **J. PHIL GILBERT**
           **DISTRICT JUDGE**